

# Fourth Court of Appeals
## San Antonio, Texas

July 6, 2018

No. 04-18-00253-CV

**JC FODALE ENERGY SERVICES, LLC** and Mickey Hunt,
Appellants

v.

Jenny **HENNES**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI12710
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

    The court reporter's request for additional time to file the reporter's record is granted. We order the court reporter, Judith A. Stewart, to file the reporter's record by July 12, 2018.

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court